IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BROADCAST MUSIC, INC.; SONGS )
OF UNIVERSAL, INC; BOCEPHUS )
MUSIC, INC.; JUST FRIENDS MUSIC; )   No. 3-12-0841
RONDOR MUSIC INTERNATIONAL, )
INC. d/b/a Irving Music; and )
EMBASSY MUSIC CORPORATION )
 )
v. )
 )
ZNT, LLC d/b/a Willie's Wet Spot; and )
WILLIAM F. ZAGER )

O R D E R

On January 18, 2013, the parties filed a Notice of Settlement (Docket Entry No. 32), with an attached proposed agreed order administratively closing this case (Docket Entry No. 32-1).

As a result, the initial case management conference, rescheduled by order entered January 7, 2013 (Docket Entry No. 30), on January 24, 2013, is CANCELLED.

The Clerk is directed to forward the file in this case to the Honorable Todd J. Campbell for his consideration of the parties' proposed order administratively closing this case.

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge.

The Clerk is directed to mail a copy of this order to William F. Zager at the address listed on the docket by regular, first class mail (only) and to Joe Calvert, Esq. by email at mr.calvert@attorneys-counselors.com.[1]

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] Mr. Calvert represents the defendants in this case. However, he has not entered a formal notice of appearance on their behalf.